```
                                              U.S. DISTRICT COURT
                                              DISTRICT OF VERMONT
                                                    FILED
       UNITED STATES DISTRICT COURT
               FOR THE                       2021 AUG -3 PM 1:54
         DISTRICT OF VERMONT
                                                    CLERK
                                              BY     LAW
                                                 DEPUTY CLERK
```

| | |
|---|---|
| LORI MEREDITH WEATHERFORD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:21-cv-163 |
| ) | |
| RAP HOUSES OF PORTLAND, ) | |
| THURSTON COUNTY FAMILY COURT, ) | |
| CITY OF CHICAGO, UNIVERSITY OF ) | |
| VERMONT, COLCHESTER QUALITY INN, ) | |
| BREMERTON HIGH SCHOOL, ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL

A review of the docket in this case reveals the following:

1. On June 15, 2021, Plaintiff Lori Meredith Weatherford, representing herself, filed an application to proceed *in forma pauperis* ("IFP"). (Doc. 1.)

2. On July 6, 2021, the court denied without prejudice Plaintiff's IFP application for failure to clearly state her income and expenses. (Doc. 2.) Plaintiff was granted leave to refile her application as well as to amend her Complaint no later than July 30, 2021. Plaintiff was warned that failure to refile an IFP application or to file a proposed Amended Complaint would result in closure of the case.

3. On July 23, 2021, the copy of the July 6, 2021 Entry Order sent to Plaintiff was returned as undeliverable. (Doc. 3.)

4. No further filings have been received as of the date of this Order.

Pursuant to this court's Local Rules, a party has an obligation to apprise the court of a current mailing address to which the court may mail orders and other notices. D. Vt. L.R. 11(c) ("An attorney or *pro se* party must notify the court of any change of address[.]"). In addition, a party has an obligation to monitor a lawsuit in which he or she is involved, especially if the party has initiated the litigation. *See United States ex rel. McAllan v. City of New York*, 248 F.3d 48, 53 (2d Cir. 2001) ("[P]arties have an obligation to monitor the docket sheet to inform themselves of the entry of orders[.]").

The Federal Rules of Civil Procedure authorize dismissal of an action when "the plaintiff fails to prosecute or to comply with these rules or a court order[.]" Fed. R. Civ. P. 41(b). Because Plaintiff has not refiled her IFP application with an affidavit clearly stating her income and expenses, this case is hereby DISMISSED WITHOUT PREJUDICE.

SO ORDERED.

Dated at Burlington, in the District of Vermont, this 3rd day of August, 2021.

Christina Reiss, District Judge
United States District Court